**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

WILLIAM TONY MCCROAN,

    Plaintiff,

v.                                             CASE NO. 4:13cv502-RH/CAS

STATE OF FLORIDA,

    Defendant.

_____/

## **ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on October 23, 2013.

                                              s/Robert L. Hinkle
                                              United States District Judge